No. D–2567. In re Discipline of Mazur. Sigmund Victor Mazur, of Hyde Park, N. Y., is suspended from the practice of law

in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.